# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 27, 2019

## NO. 03-18-00744-CV

**Catherine Powell, Appellant**

**v.**

**Jose Rocha III d/b/a Rocha III Contractors, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on October 2, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.